# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| TABITHA SUSO, | Case No.: 2:23-cv-01707-APG-VCF |
| Plaintiff | **Order** |
| v. | [ECF No. 5] |
| CLARK COUNTY SCHOOL DISTRICT, et al., | |
| Defendants | |

Defendants Clark County School District, Jesus Jara, Kevin McPartlin, and Francisco Garcia move to dismiss plaintiff Tabitha Suso's complaint. (ECF No. 5). Suso did not oppose. Consequently, she consents to the motion being granted. LR 7-2(d).

I THEREFORE ORDER that the defendants' motion to dismiss **(ECF No. 5) is GRANTED**. The clerk of court is instructed to close this case.

DATED this 1st day of December, 2023.

                                                                                                      _____
                                                                                                      ANDREW P. GORDON
                                                                                                      UNITED STATES DISTRICT JUDGE