# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| TABITHA SUSO,<br><br>   Plaintiff<br><br>v.<br><br>CLARK COUNTY SCHOOL DISTRICT, et al.,<br><br>   Defendants | Case No.: 2:23-cv-01707-APG-VCF<br><br>**Order** |

Based on the parties' stipulation (ECF No. 13),

I ORDER that this case is reopened.

I FURTHER ORDER that by December 29, 2023, the plaintiff shall detach and file separately the proposed amended complaint.

I FURTHER ORDER that after the amended complaint is filed, I will remand this matter to state court consistent with the parties' stipulation.

DATED this 15th day of December, 2023.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE