# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| TABITHA SUSO, | Case No.: 2:23-cv-01707-APG-VCF |
| Plaintiff | **Order** |
| v. | |
| CLARK COUNTY SCHOOL DISTRICT, et al., | |
| Defendants | |

Based on the parties' stipulation (ECF No. 13) and upon the filing of the second amended complaint (ECF No. 15),

I ORDER that this case is remanded to the state court from which it was removed for all further proceedings. The clerk of court is instructed to close this case.

DATED this 21st day of December, 2023.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE